IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL NO. 1:20-CR-64 |
| § | Judge Marcia Crone |
| SALVADOR ARMAS-LOPEZ, (2) § | |
| FERNANDO PEREZ-GOMEZ, (3) § | |
| JOSE SILVA REYES, (4) § | |
| ALBERTO ZENEDJA GOMEZ (5) § | |
| EDDY MONTILLA, (6) § | |
| WILKINS RODRIGUEZ, (7) § | |
| BYRON EUGENE BINGHAM, a/k/a § | |
| "Geno", (8) § | |
| REGINALD LURON GROSS, (10) § | |
| ROBERTO ROBLES, (11) § | |
| TYRON ROWELL, a/k/a "Tyrone", (12) § | |
| RAYMOND RODRIGUEZ, (13) § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States hereby designates the following Assistant United States Attorney as Co-Counsel in this case and respectfully requests that the same be noted by the Clerk of the Court and that Jonathan Lee be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

/s/ Jonathan Lee
Jonathan Lee
Assistant U. S. Attorney
Eastern District of Texas
Kentucky Bar No. 93633
550 Fannin St., Suite 1250
Beaumont, Texas 77701
(409) 981-7950
Jonathan.Lee4@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for defendants listed herein on this the 22nd day of April, 2021.

                                        /s/ Jonathan Lee
                                        Jonathan Lee
                                        Assistant U. S. Attorney